| | |
|---|---|
| UNITED STATES COURT OF APPEALS | **FILED** |
| FOR THE NINTH CIRCUIT | JUL 6 2023 |
| | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

UNITED STATES OF AMERICA,

    Plaintiff-Appellee,

 v.

FAISAL ASHRAF, AKA Sal,

    Defendant-Appellant.

No. 18-50071

D.C. No. 8:13-cr-00088-DOC-1
Central District of California, Santa Ana

ORDER

Before: O'SCANNLAIN, HURWITZ, and BADE, Circuit Judges.

The panel has voted to deny the petition for rehearing and the petition for rehearing en banc. The panel has voted unanimously to deny the petition for rehearing. Judge Bade has voted to deny the petition for rehearing en banc, and Judges O'Scannlain and Hurwitz have so recommended. The full court has been advised of the petition for rehearing en banc, and no judge has requested a vote on whether to rehear the matter en banc. Fed. R. App. P. 35.

The petition for rehearing and the petition for rehearing en banc are **DENIED.**